The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| BEVERLY COLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEPHORA USA, INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | No. 2:26-cv-03934-KKE<br><br>**ORDER GRANTING STIPULATED REQUEST FOR BRIEFING SCHEDULE** |

Pursuant to the parties' stipulation (Dkt. No. 15), the Court **GRANTS** the parties' request to set the briefing deadlines related to Defendant's pending motion to dismiss (Dkt. No. 9) as follows:

- Plaintiff's opposition deadline is November 20, 2026.
- Defendant's reply deadline is December 8, 2026.

Defendant will renote its motion to dismiss to December 8, 2026.

DATED this 9th day of November, 2026.

Kymberly K. Evanson
United States District Judge